IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,              )
                                       )
                   Plaintiff,          )
                                       )
          v.                           )     MISC NO. _3:19-mc-3863-ECM_
                                       )
Adient,                                )
West Point, GA,                        )
                                       )
                   Garnishee,          )
                                       )
DAMEISHA, MITCHELL,                    )
                                       )
                   Defendant.          )

WRIT OF GARNISHMENT

GREETINGS TO:    Adient
                 1700 South Progress Parkway
                 West Point, GA 31833

An Application for a Writ of Garnishment against the property of DAMEISHA

MITCHELL, defendant, has been filed with this Court.   A Judgment has been entered against the

above-named defendant in the amount of $440,376.00, plus costs and interest.   The balance due

on the Judgment as of April 30, 2019 is $439,684.78, with interest accruing at the rate of 0   percent

per annum until paid in full.

You are required by law to answer in writing, under oath, within ten (10) days, whether-

or-not you have in your custody, control or possession of any property owned by the debtor,

including non-exempt, disposal earnings.

Please state whether-or-not you anticipate paying the debtor any future payments and

whether such payments are weekly, bi-weekly or monthly.

**You must file the original written Answer to this Writ within <u>ten (10)</u> days of your receipt of this Writ with the United States District Clerk at: Clerk, U. S. District Court, Middle District of Alabama, One Church Street, Suite B-110, Montgomery, Alabama 36104. Additionally, you are required by law to serve a copy of your Answer upon the debtor at: 1304 Jackson Drive Phenix City, Alabama, 36869 and upon the United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.**

Under the law, there is property, which is exempt from this Writ of Garnishment.   Property which is exempt and which is not subject to this Order is listed on the attached Debt Collection Notice.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a defendant from employment by-reason-of the fact that his earnings have been subject to garnishment.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court.   If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the debtor's non-exempt property.   It is unlawful to pay or deliver to the defendant any item attached by this Writ.

*Debra P. Hackett*

UNITED STATES DISTRICT CLERK

By: _____

5/1/19