IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:19-mc-3863-ECM |
| ) | |
| ADIENT, WEST POINT, GA ) | |
| ) | |
| Garnishee ) | |
| ) | |
| DAMEISHA MITCHELL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the United States' Motion to Dismiss Garnishment (Doc. 12), it is ORDERED that the motion is GRANTED. Accordingly, the Writ of Garnishment issued May 1, 2019 (Doc. 3) is DISMISSED.

DONE this 6th day of September, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE